*John A. Abom, Esquire*
*Attorney I.D. No.: 77961*

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | DOCKET NO. 1:17-CR-273 |
| *Plaintiff* | : | |
| v. | : | (Judge Jones) |
| | : | |
| SEAN D. CORNICK | : | |
| *Defendant* | : | |

### SUPPLEMENTAL EXHIBIT TO PRE-SENTENCING MEMORANDUM

**AND NOW,** comes the Defendant, Sean Cornick by and through his counsel, John A. Abom, Esquire, and submits the following Supplemental Exhibit to his Pre-Sentencing Memorandum.

1. Exhibit K – Letter from Attorney Paul J. Kovatch, an Attorney who has known Sean personally and professionally for over 15 years.

**WHEREFORE,** Mr. Cornick respectfully requests This Honorable Court consider the attached supplemental Exhibit.

Respectfully submitted,

**ABOM & KUTULAKIS, L.L.P.**

Date: February 14, 2018

*John A. Abom, Esquire/s/*
John A. Abom, Esquire
2 W. High Street
Carlisle, PA 17013
(717) 249-0900
Attorney I.D. # 77961
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, John A. Abom, Esquire, hereby certify that on this 14th day of February, 2018, a true and correct copy of the foregoing Supplemental Exhibit to Pre-Sentencing Memorandum was served upon the party named below via electronic means addressed as follows:

John J. Valkovci

john.valkovci@usdoj.gov

*John A. Abom*  /s/
John A. Abom, Esquire